**FREEMAN MATHIS & GARY, LLP**
Albert K. Alikin (SBN 265119)
Albert.Alikin@fmglaw.com
Michael Gelfound (SBN 297413)
Michael.Gelfound@fmglaw.com
Emily Duong (SBN 358160)
Emily.Duong@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, California 90071
Tel.:(213) 615-7000
Fax: (833) 264-2083

*Attorneys for Defendant*
State Farm General Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

LIANA HAMPARTSOUMIAN, an Individual

Plaintiff,

v.

STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:25-cv-00404-JLS-ASx
District Judge: Josephine L. Staton
Magistrate Judge: Alka Sagar

**DECLARATION OF ROBERT A. CARNAHAN IN SUPORT OF DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

[*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities in Support Thereof; Statement of Uncontroverted Facts; Declaration of Ellen Redmond; Declaration of Emily Q. Duong; Declaration of George Aguilar; and [Proposed] Order*]

| | |
|---|---|
| Date: | April 3, 2026 |
| Time: | 10:30 a.m. |
| Courtroom: | 8A |



FREEMAN MATHIS & GARY, LLP
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

Complaint Filed: December 2, 2024
Final Pretrial Conference: July 24, 2026

## DECLARATION OF ROBERT A. CARNAHAN, P.E.

I, Robert A. Carnahan, P.E., declare as follows:

1. This declaration is made in support of Defendant State Farm General Insurance Company's ("State Farm") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment. Unless otherwise noted, the following is based on my personal knowledge. If called as a witness, I could and would competently testify to the facts contained herein.

2. I am a Principal Engineer at Exponent, Inc. specializing in Metallurgical and Corrosion Engineering. I hold a Master of Science degree in Metallurgical Engineering from the University of Michigan. I also hold a Bachelor of Science degree in Materials and Metallurgical Engineering from the University of Michigan. I am licensed as a Mechanical Engineer in California, Arizona, Nevada, Texas, and Michigan. I am also an American Petroleum Institute (API) Certified Corrosion and Materials Professional. I specialize in failure analysis of engineering components and systems by combining expertise in metallurgical engineering, corrosion, materials science, and mechanical engineering. I have investigated failures of various types of water and drain piping and analyzed a multitude of plumbing product failures. A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit 22**.

3. On or about February 23, 2026, State Farm retained me to investigate the

FREEMAN MATHIS & GARY, LLP
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

cause of Plaintiff Liana Hampartsoumian's ("Plaintiff") water loss at her residence located at 7926 Melita Ave., North Hollywood, CA 91605 ("Property").

4. I have reviewed Plaintiff's original September 1, 2023, Roto-Rooter invoice and a revised invoice from Roto-Rooter. *See* Declaration of Emily Duong ("Duong Decl.), ¶ 3, Exh. 19. The original Roto-Rooter invoice states "Dishwasher discharge hose was leaking. Put into air gap with replacement hose clamp. No leaks." The total repair cost was $250, all of which was labor. There was no charge for parts, and the invoice did not state that the discharge hose was replaced. The revised Roto-Rooter invoice states "The dishwasher discharge hose bursted (sic) & had to go ahead and repair it by connecting it back into the air gap." The revised Roto-Rooter invoice also does not state that the discharge hose was replaced. If the discharge hose had burst, a repair could not have been made by reattaching it to the air gap.

5. I have reviewed the photographs submitted as part of Plaintiff's supplemental document production. *See* Duong Decl., ¶ 5, Exh. 21. The photographs show that the downstream end of the dishwasher discharge hose simply detached from the air gap. This is consistent the plumber having repaired it by reattaching it to the air gap with a new hose clamp. The discharge hose did not burst.

6. I have reviewed the mitigation estimate prepared by Maze Restoration, Inc. ("Maze") and Plaintiff's independent repair estimate prepared by Jeff Kendall. Based on the photographs provided in Plaintiff's independent repair estimate, Plaintiff's dishwasher was a Samsung Bespoke Dishwasher ("Dishwasher"), Model Number DW80BB707012AA, Serial Number OKD2GDATA02944P. Further, photographs taken by Maze on September 1, 2023, do not show signs of a large-scale inundation of water, such as standing water inside the home. *See* Declaration of Ellen Redmond ("Redmond Decl."), ¶ 10, Exh. 4, Bates Numbers SF000282–SF000319, SF000351–SF000381, ¶ 14, Exh. 7, Bates Numbers SF001479, SF001486.

7. Samsung product specifications for the Dishwasher report 3.2 gallons of water usage per cycle. Accordingly, if the entirety of the water used in a single cycle

were discharged into the kitchen area due to a disconnected drain line, the total volume released would be very small, but nevertheless easily detectable as indicated by photographs showing standing water on the kitchen floor. This amount of water would not be expected to cause significant damage if removed in a timely manner.

8. If there was leakage prior to September 1, 2023, the discharge hose may have loosened over time and leaked prior to completely separating. This would allow some wastewater from dishwasher operation to leak into the cabinet area beneath the sink. This condition would not produce a high-flow discharge. Instead, water would be released intermittently and in limited quantities corresponding to dishwasher operation cycles.

I declare under the penalty of perjury under the laws of the state of California that the above is true and correct.

Executed this 6th day of March, 2026 at Los Angeles, California.

ROBERT A. CARNAHAN, P.E.

FREEMAN MATHIS & GARY, LLP
550 South Hope Street, 22nd Floor
Los Angeles, California 90071

# EXHIBIT 22



Exponent®
Engineering & Scientific Consulting


# Robert Carnahan, P.E.

Principal Engineer | Metallurgical and Corrosion Engineering
Los Angeles
+1-310-754-2715 | robcarn@exponent.com


## Professional Profile

Mr. Carnahan specializes in failure analysis of engineering components and systems by combining expertise in metallurgical engineering, corrosion, materials science, and mechanical engineering. He has performed failure analysis of a wide variety of machinery and equipment related to aerospace, automotive, construction, maritime, pipeline, power generation, and petrochemical industries.

Mr. Carnahan has investigated failures of petrochemical plant equipment including heat exchangers, pressure vessels, and HF storage hardware, and has investigated failures of oil and natural gas pipelines and oil and gas well casings. Mr. Carnahan has performed failure analysis of various gas turbine components. He has investigated failures of various types of water and sewage piping, including cast iron, PVC, and asbestos cement. Mr. Carnahan has investigated failures of fire protection system components including sprinklers, piping (steel and CPVC), and couplings. He has also analyzed a multitude of plumbing product failures.

Mr. Carnahan's skills include fractography, microscopy, microstructural analysis, welding and joining, mechanical testing, and stress analysis. Mr. Carnahan also has experience with laboratory evaluation of microbiologically influenced corrosion (MIC) and has worked on a number of MIC related projects, including oil pipelines, sanitary sewer piping, and heat exchangers.

Prior to joining Exponent, Mr. Carnahan performed metallurgical failure analysis and corrosion investigations of nuclear power plant components for the General Electric Company.

## Academic Credentials & Professional Honors

M.S., Metallurgical Engineering, University of Michigan, Ann Arbor, 1980

B.S., Materials and Metallurgical Engineering, University of Michigan, Ann Arbor, 1979

General Electric Honors Cooperative Program

Tau Beta Pi

Clarence A. Siebert Scholarship, University of Michigan

## Licenses and Certifications

Professional Engineer Mechanical, Arizona, #62030

Professional Engineer Mechanical, California, #31519

Professional Engineer, Michigan, #6201068806

Professional Engineer Mechanical, Nevada, #24746

Professional Engineer Mechanical, Texas, #132350

Certified Corrosion and Materials Professional (API 571)

## Prior Experience

Senior Engineer, General Electric Company, Nuclear Energy Division, 1980-1986

Senior Engineer, General Electric Company, Aerospace Division, 1987-1988

## Professional Affiliations

ASM International (formerly American Society for Metals) (member)

Association for Materials Protection and Performance (formerly NACE, member)

American Society of Mechanical Engineers (member)

American Society for Testing and Materials, Committee A01 on Steel, Stainless Steel and Related Alloys (member)

Independent Metallurgical Engineering Consultants of California (IMECA, member)

## Publications

McDonald B, Ross B, Carnahan RA. The Bellevue crane disaster. Engineering Failure Analysis 2011 Oct; 18(7):1621-1636

Dracup B, Reza A, Carnahan RA, Christiansen E, Ross B. A case study of two shiploader fires in a coal and pet coke facility. 11th International Conference, Fire and Materials, January 2007.

Kadlec R, Westmann R, Carnahan RA, Haghi M, Deyerl E. Failure analysis of heavy truck trailer axle tubes. Experimental Model Research and Testing of Thin Walled Structures, 1997.

Andrew S, Carnahan RA. Fitness-for-service of chloride ton containers. NACE Corrosion '96, Paper No. 650, 1996.

Foulds J, Carnahan RA. Examination of Sabine 2 hot reheat pipe seam weld cracking. Electric Power Research Institute, RP2253-17, Final Report, June 1994.

Carnahan RA. Alternative alloys for BWR pipe applications. Appendix J, Electric Power Research Institute Report NP-2671-LD, October 1982.

**Presentations**

Carnahan RA. Tribological coating development for SP-100 sliding interfaces. 5th Symposium on Space Nuclear Power Systems, Albuquerque, NM, 1988.

Carnahan RA. Field piping sensitization surveillance. International Workshop on Low Temperature

Sensitization, Electric Power Research Institute, Palo Alto, CA, 1982.

**Selected Reports**

Moore D, Rau C, Carnahan RA. Triumph air repair / World Airways arbitration. Exponent FaAA Report, February 2006.

Carnahan RA. Whiting motorcycle headlight examination. Exponent FaAA Report to the United States Department of Justice, May 2005 (Rule 26B Report).

Hertzberg J, Reza A, Carnahan RA. Robertshaw TS-11 and 7000 series gas valve investigation. Exponent FaAA Report, October 2004.

Carnahan RA. Investigation of the whitefly screen damage at Houweling's Nursery. Exponent FaAA Report, March 2004.

Carnahan RA. Investigation of the August 2003 skeg cracking on the M/V St. Lucia. Exponent FaAA Report, March 2004.

Carnahan RA. Monrovia Villas copper pipe failure investigation. Exponent FaAA Report, November 2003.

Carnahan RA. Investigation of Disney Concert Hall exterior panel staining. Exponent FaAA Report, September 2003.

Carnahan RA. Steam turbine blade failure investigation. Exponent FaAA Report, July 2003.

Colwell J, Carnahan RA. Conveyor belt fires at the Wilmington Calciner — Preliminary Report. Exponent FaAA Report, May 2003.

Carnahan RA, Shekerlian S, Saraf V. Investigation of the Cedar Point Insane Tower collapse. Exponent FaAA Report, June 2002.

Rau C, Carnahan RA. Evaluation of the JT8D-200 compressor blade failures. Exponent FaAA Report, March 2002.

Carnahan RA, Moore D. Evalution of the potassium carbonate contactor (V501) failure at the Nuevo Energy Rincon Onshore Facility. Exponent FaAA Report, October 2001.

Carnahan RA. Investigation of La Prensa Grafica printing press bearer damage. Exponent Failure Analysis Associates Report, April 1998.

Carnahan RA, MacNab A. Low NOx burner performance, Boiler No. 3, Century City. Failure Analysis Associates, Inc. Report, August 1994.

Foulds J, Carnahan RA. Examination of failed expansion joint bellows from Craig Station, Unit 2. Failure Analysis Associates, Inc. Report, December 1993.

Carnahan RA. The effect of copper based fungicides on pitting corrosion behavior of aluminum piping. Failure Analysis Associates, Inc. Report, March 1993.

Carnahan RA. Analysis of the couch roll bearing failure at Gaylord Container Corporation. Failure Analysis Associates, Inc. Report, July 1992.

Ross B, Carnahan RA. Examination of Durham Grange fuel storage tanks. Failure Analysis Associates, Inc. Report, September 1989.

Ross B, Carnahan RA. Evaluation of Accupac (hex pump) character toothpaste dispenser failures. Failure Analysis Associates, Inc. Report, August 1989.

Carnahan RA. Examination of a cracked jet pump beam from Peach Bottom 3. General Electric Company Report, July 1983.

MF Aleskey, Carnahan RA. Improvements in jet pump hold-down beam service life. General Electric Company Report, December 1981.

Carnahan RA, Cutt JC. Millstone Point 1 isolation condenser and shutdown cooling system piping cracks. General Electric Company Report, May 1981.

© 2026 Exponent, Inc. All Rights Reserved